McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA C. BIRDSALL & BRENT BIRDSALL,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA; U.S. DEPARTMENT OF VETERANS AFFAIRS; BOBBY HARDEN SKILLEN; and DOES 1 through 20, Inclusive,<br><br>    Defendants. | NO. 2:05-CV-01580-FCD-CMK<br><br><br>STIPULATION AMENDING COMPLAINT; ORDER |

    It is stipulated between the parties that Plaintiffs' COMPLAINT FOR DAMAGES be amended as follows:

    1. At the time of the accident that is the subject of plaintiffs' suit, defendant Bobby Harden Skillen was a VA Transportation Volunteer Driver acting within the scope of his volunteer duties.  VA Transportation Volunteer Drivers are considered government employees who are covered by the Federal Tort Claims Act.  Defendant Bobby Harden Skillen shall be dismissed for the reason that a government driver acting in the scope of federal employment is absolutely immune under the Federal Tort Claims Act

1

from liability for common law torts.  It is stipulated that the Federal Tort Claims Act applies to the accident that is the subject of Plaintiffs' suit.

    2. The DOE defendants shall be dismissed.

    3. Plaintiffs' demand for a jury trial shall be stricken for the reason that a plaintiff is not entitled to a jury in an action against the United States under the Federal Tort Claims Act.

    4. Plaintiffs' prayer for prejudgment interest shall be stricken for the reason that a plaintiff is not entitled to prejudgment interest in an action against the United States under the Federal Tort Claims Act.

DATED: January 3, 2006       McGREGOR W. SCOTT
                                     United States Attorney

                               By:   /s/ John F. Gisla
                                    JOHN F. GISLA
                                    Assistant United States Attorney
                                    Attorneys for the United States

DATED: December 20, 2005     BARR & MUDFORD, LLP

                               By:   /s/ John D. Barr
                                    JOHN D. BARR
                                    Attorneys for Plaintiffs

<u>ORDER</u>

Pursuant to the foregoing stipulation, it is ordered that:

1. Defendant Bobby Harden Skillen is dismissed;

2. The Federal Tort Claims Act applies to the accident that is the subject of Plaintiff's Complaint;

3. The DOE defendants are dismissed;

4. Plaintiff's demand for a jury trial is stricken from Plaintiff's Complaint; and

5. Plaintiff's prayer for prejudgment interest is stricken from Plaintiff's Complaint.

DATED: January 4, 2006         /s/ Frank C. Damrell Jr.
                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

That on _____, she served a copy of:

STIPULATION AMENDING COMPLAINT; ORDER

by placing said copy in postpaid envelopes addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail in Sacramento, California.

Addressee(s):

John D. Barr, Esq.
BARR & MUDFORD, LLP
1824 Court Street
Redding, CA 96099

AMBER JOSE