```
1   McGREGOR W. SCOTT
    United States Attorney
2   JOHN F. GISLA, SB #42829
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone:  (916) 554-2740

5   Attorneys for the United States
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CYNTHIA C. BIRDSALL & BRENT BIRDSALL,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | NO. 2:05-CV-01580-FCD-CMK<br><br>STIPULATION TO AMEND STATUS (PRETRIAL SCHEDULING) ORDER; ORDER |
|---|---|

  1. The parties believe that this case may be resolved by settlement.  They have therefore scheduled settlement discussions for about May 1, 2006.

  2. The STATUS (PRETRIAL SCHEDULING) ORDER sets July 7, 2006 as discovery cutoff.  This deadline does not give the parties sufficient time in which to conduct discovery following settlement discussions on about May 1, 2006.

  3. The parties therefore stipulate to extend discovery cutoff to October 5, 2006, which is also the deadline to conduct discovery relating to expert witnesses.

  4. All other dates in the STATUS (PRETRIAL SCHEDULING) ORDER

1 shall remain in effect, including disclosure of experts by Plaintiff
2 by July 1, 2006; and disclosure of experts by Defendant by August
3 18, 2006.
4 DATED: April 25, 2006            McGREGOR W. SCOTT
                                   United States Attorney
5
6
                              By:    /s/ John F. Gisla
7                                  JOHN F. GISLA
                                   Assistant United States Attorney
8                                  Attorneys for the United States
9
10
   DATED: April 11, 2006            BARR & MUDFORD, LLP
11
12
13                            By:    /s/ David Case
                                   DAVID CASE
14                                 Attorneys for Plaintiffs
15
16
   IT IS SO ORDERED.
17
18 Dated: April 26, 2006            /s/ Frank C. Damrrell Jr.
                                   FRANK C. DAMRELL JR.
19                                 U. S. DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

That on April 25, 2006, she served a copy of:

STIPULATION TO AMEND STATUS (PRETRIAL SCHEDULING) ORDER; ORDER

by placing said copy in postpaid envelopes addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail in Sacramento, California.

Addressee(s):

John D. Barr, Esq.
BARR & MUDFORD, LLP
1824 Court Street
Redding, CA 96099

/s/ Amber M. Jose
Amber M. Jose

3