**JOHN D. BARR** ............................ State Bar No. 40663
**DOUGLAS MUDFORD** ................. State Bar No. 156392
**J. MICHAEL FAVOR** ................... State Bar No. 85558
**DAVID CASE** ................................ State Bar No. 56701
**DOUGLAS H. NEWLAN** .............. State Bar No. 032250
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008   Fax:  (530) 243-1648
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CYNTHIA C. BIRDSALL and BRENT BIRDSALL,<br><br>          Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; U.S. DEPARTMENT OF VETERANS AFFAIRS; BOBBY HARDEN SKILLEN; and DOES 1 through 20, Inclusive,<br><br>          Defendants. | No.   2:05-CV-01580 FCD CMK<br><br>**STIPULATION FOR PLAINTIFF BRENT BIRDSALL'S DISMISSAL WITH PREJUDICE** |

Plaintiff BRENT BIRDSALL, appearing through the undersigned counsel, and Defendant UNITED STATES OF AMERICA, appearing through undersigned counsel, hereby agree and stipulate as follows:

1.     That Plaintiff BRENT BIRDSALL shall dismiss with prejudice his loss of consortium cause of action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390

Page 1 of 2

_____
**Stipulation for Plaintiff Brent Birdsall's Dismissal with Prejudice**

| | |
|---|---|
| DATED: May 18, 2006 | BARR & MUDFORD, LLP. |
| | /s/ David Case |
| | DAVID CASE |
| | Attorneys for Plaintiffs |
| DATED: May 18, 2006 | McGREGOR W. SCOTT |
| | United States Attorney |
| | /s/ John F. Gisla |
| | JOHN F. GISLA |
| | Assistant United States Attorney |
| | Attorneys for the United States |

IT IS SO ORDERED.

Dated:  May 24, 2006         /s/ Frank C. Damrell Jr.
                             FRANK C. DAMRELL JR.
                             U.S. DISTRICT JUDGE

**BARR & MUDFORD**
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390

Page 2 of 2

**Stipulation for Plaintiff Brent Birdsall's Dismissal with Prejudice**