McGREGOR W. SCOTT
United States Attorney
JOHN F. GISLA, SB #42829
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2740

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA C. BIRDSALL,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | NO. 2:05-CV-01580-FCD-CMK<br><br>STIPULATION FOR DISMISSAL;<br>ORDER OF DISMISSAL |

Pursuant to the terms of a written Settlement Agreement, and pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that the complaint in this action be dismissed with prejudice, with the parties bearing their own fees and costs.

DATED: June 19, 2006          McGREGOR W. SCOTT
                              United States Attorney


                         By: /s/John F. Gisla
                             JOHN F. GISLA
                             Assistant United States Attorney
                             Attorneys for the United States

1

```
1  DATED: June 15, 2006            BARR & MUDFORD, LLP
2
3
                                By:   /s/David Case
4                                     DAVID CASE
                                      Attorneys for Plaintiffs
5
6
7                           ORDER OF DISMISSAL
8       Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), this
9  action is dismissed with prejudice.
10 DATED: June 29, 2006              /s/ Frank C. Damrell Jr.
                                     FRANK C. DAMRELL, JR.
11                                   U.S. DISTRICT JUDGE
```

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

That on June 20, 2006, she served a copy of:

STIPULATION FOR DISMISSAL; ORDER OF DISMISSAL

by placing said copy in postpaid envelopes addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail in Sacramento, California.

Addressee(s):

David Case, Esq.
BARR & MUDFORD, LLP
1824 Court Street
Redding, CA 96099

/s/Pamela Beauvais
Pamela Beauvais